THOMAS CANDY,

*vs.*

DAVID STRADLEY, ROBINSON WALKER, JOHN BROWN AND
THOMAS COLLINS.

*Kent, Feb. T.* 1820.

A decree for partition will not be made unless either all the parties enti-
tled shall have joined in it, or a summons shall have been issued for
those not joining. It is not sufficient that an appearance gratis, and
consent to a partition for the parties not joining, is indorsed on the
petition.

PETITION FOR PARTITION.—This was a petition for the
partition of certain real estate held by the petitioner and
other persons as tenants in common. The prayer of the
petition was that a decree for partition be entered, and
that a commission be issued, pursuant to the Statute in
that behalf. No summons in partition had been issued;
but on the back of the petition was the following indorse-
ment, made by the Register in Chancery, viz. : " 1820,
" February 25, David Stradley, Robinson Walker and
" John Brown appear *gratis,* and Thomas Collins also
" appears *gratis,* and they agree that partition be made."

THE CHANCELLOR.—The Act of Assembly requires that
all the parties should join in the petition or that a sum-
mons should be issued, directed to the persons who may
not have joined. I consider that one or the other of the
courses directed by the act must be followed ; and the
more strongly in this case, as one of the parties is an
infant.

The decree was refused.